UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DZON MARKU<br>Debtor(s) | : CHAPTER 13<br>:<br>: |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>Movant | :<br>:<br>: |
| vs. | :<br>: |
| DZON MARKU<br>Respondent(s) | :<br>: CASE NO. 1-18-bk-01446 |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 10th day of May, 2018, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required.

2. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a. The plan is underfunded relative to claims to be paid.
    b. The plan is underfunded relative to claims to be paid – 100% plan.

3. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

    a. 2017 Federal Income Tax return.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.
    b. Dismiss or convert debtor(s) case.
    c. Provide such other relief as is equitable and just.

Respectfully submitted:

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

   AND NOW, this 16th day of May, 2018, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

John Ferry, Jr., Esquire
931 Cumberland Street
Lebanon, PA 17042

                /s/Deborah A. Behney
                Office of Charles J. DeHart, III
                Standing Chapter 13 Trustee

Case 1:18-bk-01446-HWV  Doc 14  Filed 05/16/18  Entered 05/16/18 13:24:51  Desc
Main Document  Page 2 of 2