In re:  Case No. 18-01446-HWV
Dzon Marku  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Aug 10, 2023     Form ID: fnldecnd     Total Noticed: 9

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dzon Marku, 113 S. Harris Street, Cleona, PA 17042-3120 |
| 5045689 | | Hershey Medical Center, P.O. Box 854, MC A410, Hershey, PA 17033-0854 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5045686 | | Email/Text: caineweiner@ebn.phinsolutions.com | Aug 10 2023 18:32:00 | Caine Weiner, Po Box 5010, Woodland Hills, CA 91365 |
| 5045687 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 10 2023 18:32:00 | Credit Control Service, 725 Canton St, Norwood, MA 02062-2679 |
| 5045688 | + | Email/Text: hfcucollections@hersheyfcu.org | Aug 10 2023 18:32:00 | Hershey Federal Credit Union, 904 E Chocolate Ave, Hershey, PA 17033-1215 |
| 5045690 | ^ | MEBN | Aug 10 2023 18:29:54 | KML Law Group, BNY Independence Center, 701 Market St.; Suite 500, Philadelphia, PA 19106-1541 |
| 5045691 | | Email/Text: camanagement@mtb.com | Aug 10 2023 18:32:00 | M & T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 5062896 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Aug 10 2023 18:32:00 | Met Ed, Met Ed/FirstEnergy, 101 Crawfords Corner Rd, Bldg 1 Ste 1-511, Holmdel, NJ 07733-1976 |
| 5045775 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 10 2023 18:34:06 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5069207 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2023  Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| John J Ferry, Jr | on behalf of Debtor 1 Dzon Marku jackferry2@gmail.com jackferrybankruptcy@gmail.com;r51058@notify.bestcase.com |
| Michael Patrick Farrington | on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Dzon Marku,  Chapter  13

**Debtor 1**

Case No.  1:18−bk−01446−HWV

Social Security No.:
xxx−xx−9907

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Dzon Marku** in accordance with §1328 of the Bankruptcy Code.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated:  August 10, 2023

**fnldec** (01/22)